UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Lawrence Smith**        :        CHAPTER:  13
:
:
DEBTOR        :        Bankruptcy No:  **17-12477**

PRAECIPE TO WITHDRAW
AMENDED SUPPLEMENTALAPPLICATION FOR COMPENSATION

To the Clerk, United States Bankruptcy Court:

Kindly withdraw the **AMENDED SUPPLEMENTAL APPLICATION FOR COMPENSATION** for Michael D. Sayles, for the record.

Date:  **February 9, 2018**                            Respectfully Submitted,

By:        \s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
(215) 635-2270