UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: **Lawrence Smith** | ) | Chapter 13 | |
| | ) | | |
| | ) | | |
| Debtor | ) | | |
| | ) | Bankruptcy No.: **17-12477-jkf** | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$2,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

**Date: April 18, 2018**

Dated:_____

_____
Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue, #2
Elkins Park, PA  19027

Frederick Reigle, Esquire
PO Box 4010
Reading, PA 19606