United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-12477-jkf
Lawrence O. Smith                                               Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Dec 20, 2018
                              Form ID: pdf900         Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db            +Lawrence O. Smith,    5700 N 17th Street,    Philadelphia, PA 19141-1715
13897812      +Caliber Home Loans,    PO Box 650856,    Dallas, TX 75265-0856
13897814      +LTD Commodieties LLC,    Caliber Home Loans, Inc.,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
13993248      +U.S. Bank National Association,    for RMAC Trust Series 2016-CTT,    c/o REBECCA ANN SOLARZ,
               710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
13984955      +U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 55004,    Irvine, CA 92619-5004
14123485      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
               1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
13897815      +Weltmen, Weinberg & Reis Co.,    436 7th Avenue, Suite 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 21 2018 02:47:30      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:47:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2018 02:47:28      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13991205       E-mail/Text: megan.harper@phila.gov Dec 21 2018 02:47:30      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13897813      +E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 02:46:46      Department of the Treasury,
               Internal Revenue Department,    600 Arch Street. Room 5200,    Philadelphia, PA 19106-1611
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank Trust National Association, as Trustee o
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              MICHAEL D. SAYLES    on behalf of Debtor Lawrence O. Smith midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  :

LAWRENCE O. SMITH

                                              : Bankruptcy No. 17-12477JKF
          Debtor(s)                 : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 19, 2018**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D SAYLES   ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK PA 19027-3201

LAWRENCE O. SMITH
5700 N 17TH STREET
PHILADELPHIA,PA.19141